FILED

2013 AUG -5 PM 3: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A Scott, propria persona            ) Case No.: 2:13-CV-157-FTM-38-DNF

        Plaintiff,                       )

vs.                                        )

NATIONAL ASSOCIATION OF                    )
PROFESSIONAL PROCESS SERVERS, etal
        Defendant(s)

## PLAINTIFFS' NOTICE OF APPEAL

1. Notice is hereby given that pro-se plaintiff Randy Scott hereby appeal to the United States Court of Appeals for the Eleventh Judicial Circuit from the following Orders:

   2. denying plaintiffs' request to appoint counsel., (docket entry #14, #89

   3. denying plaintiffs' access to CM/ECF system (docket entry #14)

   4. denying plaintiffs' motion to assess service of process costs and the order striking plaintiff response (docket entry #95, #96),

   5. granting defendants motion to dismiss. (docket entry #79, #88)

   6. The Orders individually or collectively or any combination thereof with substantive orders based on issues relating to same denies the Plaintiff constitutional rights of due process and equal protection under the law.

Dated this 5th day of August, 2013

*[signature]*

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I electronically mailed the foregoing To Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (richard.akin@henlaw.com), Christopher A. Rycewicz christopher.rycewicz@millernash.com, Thomas J. Roehn at troehn@carltonfields.com and , Amanda Arnold Sansone to asansone@carltonfields.com. Further, I certify not being considered by the court to be an eligible participant in the CM/ECF system I must wait and appear at the Middle District of Florida court house at the next earliest hour of their opening and physically file this response for the court to be fully informed.

*[signature]*

Randy A Scott
343 Hazelwood Ave S
Lehigh Acres, Florida 33936
239-300-7007