# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 13-13698

Randy A. Scott                    vs.    Lawrence Norman Yellon, et al.

The Clerk will enter my appearance for these named parties: the National Association of Professional Process Servers

Lawrence Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald Ezell, Steven Glenn, Jillina Kwiatkowski, Ruth Reynolds, Gary Crowe, and Paul Tamaroff

In this court these parties are:    ☐ appellant(s)    ☐ petitioner(s)    ☐ intervenor(s)

☒ appellee(s)    ☐ respondent(s)    ☐ amicus curiae

☐    The following related or similar cases are pending on the docket of this court:

☒    Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Oregon                    State Bar No.: 862755

Signature: _____

Name (type or print): Christopher A. Rycewicz          Phone: 503-205-2317

Firm/Govt. Office: Miller Nash, LLP          E-mail: chris.rycewicz@millernash.com

Street Address: 111 S.W. Fifth Avenue, Suite 3400          Fax: 503-224-0155

City: Portland          State: Oregon          Zip: 97224

12/07

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (richard.akin@henlaw.com); John Matthew Belcastro, Henderson, Franklin, Starnes & Holt, P.A. (john.belcastro@henlaw.com); Amanda Arnold Sansone, Carlton Fields, PA (asansone@carltonfields.com); Thomas J. Roehn, Carlton Fields, PA (troehn@carltonfields.com);.

Further, I certify that that I e-mailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Avenue, Lehigh Acres, Florida 33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

/s/ Christopher A. Rycewicz
Christopher A. Rycewicz