No. 13-13698



In the United States Court of Appeals for the Eleventh Circuit

RANDY A SCOTT,

*Plaintiffs-Appellants,*

v.

LAWRENCE YELLON, ET AL.,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
THE HONORABLE SHERI POLSTER CHAPPELL

**Motion for Extension to file initial BRIEF
OF APPELLANT RANDY SCOTT**

Motion for extension of time to file initial appellant brief to November 6, 2013, Appellant is appearing Pro Se and diligently attempting to comply with format requirements, case law, rules, and order to best present the matter in an efficient and reasonable manner as to get to the merits.

Appellant is not delaying but diligently attempting to manage the presentation of the case to the best of his ability. Appellant does not have legal secretaries or other assistance to perform these tasks and respectfully request the court grants the full extension.

1

Appellant is ProSe and does not have access to the CM/ECF system to file this at this time.

Because of the hour of 3:30 am September 23, 2013 the Appellant was unable to confer with opposing counsel whether they oppose or unoppose.

Dated September 23, 2013

_____
RANDY SCOTT
343 LEHIGH ACRES, Florida 33936
(239) 300-7007 fax (815) 327-3209
RANDY@RANDYSCOTT.US

## CERTIFICATE OF SERVICE

This is to certify that on September 23, 2013, a copy of this motion was served via US Mail postage prepaid to the following individuals as indicated below:

Amanda Arnold Sansone
Carlton Fields, P.A.
4221 W Boy Scout Blvd Suite 1000
Tampa, Florida 33618

J. Matthew Belcastro
Henderson, Franklin, Starnes & Holt
Post Office Box 280
Fort Myers, Florida
33902-0280

Christopher A. Rycewicz
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204