## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2013

Randy A. Scott
343 HAZELWOOD AVE S
LEHIGH ACRES, FL 33936

Appeal Number:  13-13698-CC
Case Style:  Randy Scott v. Lawrence Yellon, et al
District Court Docket No:  2:13-cv-00157-SPC-DNF

The enclosed untimely motion for extension of time to file the appellant's brief is being returned to you unfiled.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

LetterHead Only