# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CASE NO.: 13-13698
DC DKT No.: 2:13-cv-157-FtM-38DNF

_____

RANDY A. SCOTT,

Plaintiff/Appellant,

v.

LAWRENCE NORMAN YELLON, et al.,

Defendants/Appellees.

_____

APPEAL FROM THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

_____

**APPELLEES CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

_____

Amanda Arnold Sansone
Florida Bar No: 587311
**CARLTON FIELDS, PA**
4221 West Boy Scout Blvd.; Ste 1000
Tampa, Florida 33607-5780
(813) 227-3000 – Telephone
(813) 229-4133 – Facsimile

Christopher A. Rycewicz
(Pro Hac Vice)
Oregon Bar No. 862755
**MILLER NASH LLP**
111 S.W. Fifth Avenue, Ste 3400
Portland, Oregon 97204-3699
(503) 224-5858 - Telephone
(503) 224-0155 – Facsimile

*Attorneys for Defendants/Appellees*

# APPELLEES CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellees Lawrence Norman Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald R. Ezell, Steven D. Glenn, Jillina A. Kwiatkowski, Ruth A. Reynolds, Gary Crowe, National Association of Professional Process Servers, and Paul Tamaroff (collectively ''Appellees'' or "Defendants"), submit this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1.

## I.     Certificate of Interested Persons

Appellees submit this list, which includes the judges in the trial court and all attorneys, persons, associations of persons, firms, partnerships, or corporations having an interest in the outcome of this matter:

Carlton Fields, PA—Counsel for Appellees/Defendants

Chappell, Hon. Sheri Polster, U.S. District Judge

Crowe, Gary—Appellee/Defendant

Ezell, Ronald R.—Appellee/Defendant

Florida Association of Professional Process Servers, Inc.—Appellee/Defendant

Frazier, Hon. Douglas N., U.S. Magistrate Judge

Glenn, Steven D.—Appellee/Defendant

C1 of 3

Kwiatkowski, Jillina A.—Appellee/Defendant

Miller Nash, LLP—Counsel for Appellees/Defendants

Musser, Bob—Appellee/Defendant

National Association of Professional Process Servers—Appellee/Defendant

Randall, Lance—Appellee/Defendant

Reynolds, Ruth A.—Appellee/Defendant

Roehn, Thomas J.—Counsel for Appellees/Defendants

Rycewicz, Christopher A.—Counsel for Appellees/Defendants

Sansone, Amanda Arnold—Counsel for Appellees/Defendants

Scott, Randy A.—Appellant/Plaintiff

Tamaroff, Paul—Appellee/Defendant

Vennes, H. Eric—Appellee/Defendant

Yellon, Lawrence Norman—Appellee/Defendant

**II.     Corporate Disclosure Statement**

The National Association of Professional Process Servers is a non-profit organization, is not publicly held, and issues no stock; therefore no other organization owns 10 percent of more of its stock.

Dated this 17th day of October, 2013.

>Respectfully submitted,
>
>**/s/Christopher A. Rycewicz**
>Christopher A. Rycewicz (Pro Hac Vice)
>Oregon Bar No. 862755
>**MILLER NASH LLP**
>111 S.W. Fifth Avenue, Suite 3400
>Portland, Oregon 97204-3699
>(503) 224-5858 - Telephone
>(503) 224-0155 – Facsimile
>
>Amanda Arnold Sansone
>Florida Bar No: 587311
>**CARLTON FIELDS, PA**
>4221 West Boy Scout Blvd.; Suite 1000
>Tampa, Florida  33607-5780
>(813) 227-3000 – Telephone
>(813) 229-4133 – Facsimile
>
>*Attorneys for Defendants/Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Further, I certify that that I e-mailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Avenue, Lehigh Acres, Florida  33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

_____

Christopher A. Rycewicz
*Attorneys for Defendants/Appellees*